**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re: COLLINS, ANGELA § Case No. 11-04301-3F7
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Gregory K. Crews, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $380,566.00                Assets Exempt: $6,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,219.03    Claims Discharged
                                              Without Payment: $63,528.10

Total Expenses of Administration: $1,596.97

---

   3) Total gross receipts of $    4,816.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of $4,816.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $377,659.26 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,596.97 | 1,596.97 | 1,596.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,236.39 | 40,252.74 | 40,252.74 | 3,219.03 |
| **TOTAL DISBURSEMENTS** | $440,895.65 | $41,849.71 | $41,849.71 | $4,816.00 |

4) This case was originally filed under Chapter 7 on June 09, 2011. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2013     By: /s/Gregory K. Crews
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 4,816.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,816.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage Inc | 4110-000 | 359,443.48 | N/A | N/A | 0.00 |
| NOTFILED | Safetouch Security Systems | 4110-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Dyck Oneal Inc | 4110-000 | 9,745.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage, Inc. | 4110-000 | 8,350.78 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$377,659.26** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory K. Crews | 2100-000 | N/A | 1,204.00 | 1,204.00 | 1,204.00 |
| Gregory K. Crews | 2200-000 | N/A | 188.80 | 188.80 | 188.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, LTD | 2300-000 | N/A | 4.17 | 4.17 | 4.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,596.97 | $1,596.97 | $1,596.97 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 410.00 | 593.84 | 593.84 | 48.37 |
| 2 | Midland Credit Management, Inc. | 7100-000 | 4,882.00 | 5,069.53 | 5,069.53 | 412.86 |
| 3 | Capital One,N.A | 7100-000 | N/A | 1,333.81 | 1,333.81 | 108.62 |
| 4 | World Financial Network National Bank | 7100-000 | N/A | 584.58 | 584.58 | 47.61 |
| 5 | American InfoSource LP as agent for | 7100-000 | 393.00 | 475.14 | 475.14 | 38.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 3,450.00 | 3,450.99 | 3,450.99 | 281.04 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 6,225.00 | 6,298.55 | 6,298.55 | 512.95 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 2,032.00 | 2,212.40 | 2,212.40 | 180.17 |
| 9 | GE Capital Retail Bank | 7100-000 | 125.00 | 282.69 | 282.69 | 23.02 |
| 10 | GE Capital Retail Bank | 7100-000 | 708.00 | 773.19 | 773.19 | 62.97 |
| 11 | GE Capital Retail Bank | 7100-000 | 773.00 | 875.13 | 875.13 | 71.27 |
| 12 | GE Capital Retail Bank | 7100-000 | 424.00 | 532.33 | 532.33 | 43.35 |
| 13 | GE Capital Retail Bank | 7100-000 | 662.00 | 948.08 | 948.08 | 77.21 |
| 14 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 243.85 | 243.85 | 19.86 |
| 15 | Navy Federal Credit Union | 7100-000 | 10,223.00 | 10,313.87 | 10,313.87 | 839.95 |
| 16 | Chase | 7100-000 | 5,539.00 | 5,539.05 | 5,539.05 | 451.09 |
| 17 | Capital One, N.A. | 7200-000 | 896.00 | 725.71 | 725.71 | 0.00 |
| NOTFILED | Chase | 7100-000 | 4,262.15 | N/A | N/A | 0.00 |
| NOTFILED | Cfc Deficiency Recover | 7100-000 | 11,686.00 | N/A | N/A | 0.00 |
| NOTFILED | Community First Cu Of | 7100-000 | 3,122.00 | N/A | N/A | 0.00 |
| NOTFILED | Bailey's Powerhouse Gym | 7100-000 | 934.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Bsbuy | 7100-000 | 519.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb - Target | 7100-000 | 263.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Fashion Bug | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| NOTFILED | Mg Credit | 7100-000 | 934.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 816.00 | N/A | N/A | 0.00 |
| NOTFILED | Jacksonville Orthopaedic In. | 7100-000 | 1,123.24 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 1,106.00 | N/A | N/A | 0.00 |
| NOTFILED | Community First Cu Of | 7100-000 | 1,626.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $63,236.39 | $40,252.74 | $40,252.74 | $3,219.03 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-04301-3F7  
**Case Name:** COLLINS, ANGELA  

**Period Ending:** 02/25/13

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 06/09/11 (f)  
**§341(a) Meeting Date:** 07/22/11  
**Claims Bar Date:** 11/20/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2240 Cherokee Cove Trail, Jacksonville<br>    Orig. Asset Memo: Orig. Description: Location: 2240 Cherokee Cove Trail, Jacksonville, FL 32221, Homestead Property | 377,600.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>    Orig. Asset Memo: Orig. Description: Wachovia Checking Account No.: 9608 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>    Orig. Asset Memo: Orig. Description: Wachovia Checking Account No.: 4410 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>    Orig. Asset Memo: Orig. Description: Wachovia Savings Account No.: 0684 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings, including audio<br>    Orig. Asset Memo: Orig. Description: See attached list | 2,401.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, pictures and other art objects, antiques,<br>    Orig. Asset Memo: Orig. Description: Nursing, pharmacology, dictionary and various self help books Misc. CD's and DVD's | 165.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel.<br>    Orig. Asset Memo: Orig. Description: Wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Furs and jewelry.<br>    Orig. Asset Memo: Orig. Description: Watch & Necklace | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Asset Memo: Orig. Description: 2004 Nissan Maxima Mileage: 139,232 VIN# 1N4BA41E04C816711 | 9,850.00 | 1,782.00 |  | 4,816.00 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$390,416.00** | **$1,782.00** | | **$4,816.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    11/19/12 TFR prepared.

Printed: 02/25/2013 09:40 AM    V.13.11

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-04301-3F7  
**Case Name:** COLLINS, ANGELA  

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 06/09/11 (f)  
**§341(a) Meeting Date:** 07/22/11  

**Period Ending:** 02/25/13  
**Claims Bar Date:** 11/20/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/27/12 TFR approved  
11/28/12 Notice mailed to creditors.  
12/19/12 disbursment order to court.  
1/2/13 disbursment made.  
1/11/13 checks mailed.  
2/25/13 TDR to ATL.  

**Initial Projected Date Of Final Report (TFR):** February 15, 2013     **Current Projected Date Of Final Report (TFR):** November 19, 2012 (Actual)

Printed: 02/25/2013 09:40 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-04301-3F7 | | Trustee: | Gregory K. Crews (290900) |
| --- | --- | --- | --- | --- |
| Case Name: | COLLINS, ANGELA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****377265 - Checking Account |
| Taxpayer ID #: | **-***3938 | | Blanket Bond: | $32,041,000.00 (per case limit) |
| Period Ending: | 02/25/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 02/25/2013 09:40 AM    V.13.11

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-04301-3F7  
**Case Name:** COLLINS, ANGELA  

**Taxpayer ID #:** **-***3938  
**Period Ending:** 02/25/13  

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-65 - Checking Account  
**Blanket Bond:** $32,041,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/11 | {9} | Angela Collins | Acct #1; Payment #1 | | 1129-000 | 401.33 | | 401.33 |
| 01/24/12 | {9} | Angela Collins | Acct #1; Payment #2 | 1129-000 | 401.33 | | 802.66 |
| 02/23/12 | {9} | Angela Collins | TPP Payment Acct #1; Payment #3 | 1129-000 | 401.33 | | 1,203.99 |
| 03/27/12 | {9} | Angela Collins | Acct #1; Payment #4 | 1129-000 | 401.33 | | 1,605.32 |
| 03/28/12 | 1001 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/28/2012 FOR CASE #11-04301-3F7, Bond #016027985 | 2300-000 | | 4.17 | 1,601.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,576.15 |
| 04/25/12 | {9} | Angela Collins | Acct #1; Payment #5; TPP Payment | 1129-000 | 401.33 | | 1,977.48 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,952.48 |
| 05/25/12 | {9} | Angela Collins | Acct #1; Payment #6/vehicle | 1129-000 | 401.33 | | 2,353.81 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,328.81 |
| 06/29/12 | {9} | Angela Collins | Acct #1; Payment #7 | 1129-000 | 401.33 | | 2,730.14 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,705.14 |
| 07/13/12 | {9} | Anglea Collins | Acct #1; Payment #8 | 1129-000 | 401.33 | | 3,106.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,081.47 |
| 08/06/12 | {9} | Angela Collins | Acct #1; Payment #9/vehicle | 1129-000 | 401.33 | | 3,482.80 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,457.80 |
| 09/21/12 | | Angela Collins | Acct #1; Payment #10, 11 | | 401.37 | | 3,859.17 |
| | {9} | | Acct #1; Payment #10       401.33 | 1129-000 | | | 3,859.17 |
| | {9} | | Acct #1; Payment #11         0.04 | 1129-000 | | | 3,859.17 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,834.17 |
| 10/18/12 | | Angela Collins | Acct #1; Payment #11, 12 | | 401.33 | | 4,235.50 |
| | {9} | | Acct #1; Payment #11       401.29 | 1129-000 | | | 4,235.50 |
| | {9} | | Acct #1; Payment #12         0.04 | 1129-000 | | | 4,235.50 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,210.50 |
| 11/15/12 | {9} | Angela Collins | Acct #1; Payment #12 | 1129-000 | 401.33 | | 4,611.83 |
| 01/02/13 | 1002 | Gregory K. Crews | Dividend paid 100.00% on $188.80, Trustee Expenses; Reference: | 2200-000 | | 188.80 | 4,423.03 |
| 01/02/13 | 1003 | Gregory K. Crews | Dividend paid 100.00% on $1,204.00, Trustee Compensation; Reference: | 2100-000 | | 1,204.00 | 3,219.03 |
| 01/02/13 | 1004 | American InfoSource LP as agent for | Dividend paid 8.14% on $593.84; Claim# 1; Filed: $593.84; Reference: | 7100-000 | | 48.37 | 3,170.66 |
| 01/02/13 | 1005 | Midland Credit Management, Inc. | Dividend paid 8.14% on $5,069.53; Claim# 2; Filed: $5,069.53; Reference: | 7100-000 | | 412.86 | 2,757.80 |
| 01/02/13 | 1006 | Capital One,N.A | Dividend paid 8.14% on $1,333.81; Claim# 3; Filed: $1,333.81; Reference: | 7100-000 | | 108.62 | 2,649.18 |

Subtotals :    $4,816.00    $2,166.82

{} Asset reference(s)

Printed: 02/25/2013 09:40 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-04301-3F7  
**Case Name:** COLLINS, ANGELA  
**Taxpayer ID #:** **-***3938  
**Period Ending:** 02/25/13

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-65 - Checking Account  
**Blanket Bond:** $32,041,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/13 | 1007 | World Financial Network National Bank | Dividend paid 8.14% on $584.58; Claim# 4; Filed: $584.58; Reference: | 7100-000 | | 47.61 | 2,601.57 |
| 01/02/13 | 1008 | American InfoSource LP as agent for | Dividend paid 8.14% on $475.14; Claim# 5; Filed: $475.14; Reference: | 7100-000 | | 38.69 | 2,562.88 |
| 01/02/13 | 1009 | Portfolio Recovery Associates, LLC | Dividend paid 8.14% on $3,450.99; Claim# 6; Filed: $3,450.99; Reference: | 7100-000 | | 281.04 | 2,281.84 |
| 01/02/13 | 1010 | Capital One Bank (USA), N.A. | Dividend paid 8.14% on $6,298.55; Claim# 7; Filed: $6,298.55; Reference: | 7100-000 | | 512.95 | 1,768.89 |
| 01/02/13 | 1011 | Capital One Bank (USA), N.A. | Dividend paid 8.14% on $2,212.40; Claim# 8; Filed: $2,212.40; Reference: | 7100-000 | | 180.17 | 1,588.72 |
| 01/02/13 | 1012 | GE Capital Retail Bank | Dividend paid 8.14% on $282.69; Claim# 9; Filed: $282.69; Reference: | 7100-000 | | 23.02 | 1,565.70 |
| 01/02/13 | 1013 | GE Capital Retail Bank | Dividend paid 8.14% on $773.19; Claim# 10; Filed: $773.19; Reference: | 7100-000 | | 62.97 | 1,502.73 |
| 01/02/13 | 1014 | GE Capital Retail Bank | Dividend paid 8.14% on $875.13; Claim# 11; Filed: $875.13; Reference: | 7100-000 | | 71.27 | 1,431.46 |
| 01/02/13 | 1015 | GE Capital Retail Bank | Dividend paid 8.14% on $532.33; Claim# 12; Filed: $532.33; Reference: | 7100-000 | | 43.35 | 1,388.11 |
| 01/02/13 | 1016 | GE Capital Retail Bank | Dividend paid 8.14% on $948.08; Claim# 13; Filed: $948.08; Reference: | 7100-000 | | 77.21 | 1,310.90 |
| 01/02/13 | 1017 | Quantum3 Group LLC as agent for | Dividend paid 8.14% on $243.85; Claim# 14; Filed: $243.85; Reference: | 7100-000 | | 19.86 | 1,291.04 |
| 01/02/13 | 1018 | Navy Federal Credit Union | Dividend paid 8.14% on $10,313.87; Claim# 15; Filed: $10,313.87; Reference: | 7100-000 | | 839.95 | 451.09 |
| 01/02/13 | 1019 | Chase | Dividend paid 8.14% on $5,539.05; Claim# 16; Filed: $5,539.05; Reference: | 7100-000 | | 451.09 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 4,816.00 | 4,816.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,816.00 | 4,816.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,816.00** | **$4,816.00** | |

{} Asset reference(s)

Printed: 02/25/2013 09:40 AM   V.13.11

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 11-04301-3F7 | | **Trustee:** | Gregory K. Crews (290900) |
| **Case Name:** | COLLINS, ANGELA | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******64-65 - Checking Account |
| **Taxpayer ID #:** | **-***3938 | | **Blanket Bond:** | $32,041,000.00  (per case limit) |
| **Period Ending:** | 02/25/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 4,816.00 |
| Net Estate : | $4,816.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****377265** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******64-65** | 4,816.00 | 4,816.00 | 0.00 |
| | $4,816.00 | $4,816.00 | $0.00 |

{} Asset reference(s)                                                                                                                Printed: 02/25/2013 09:40 AM    V.13.11